# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otero, Samuel J. | U.S. District Court | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dsitrict Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
350 West 1st Street, Suite 4311, Room 10150
Los Angeles, CA 90012-4565

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member / Officer | Judge Michel Intellectual Property American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 3. | 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 01/2016 | Los Angeles Employee Retirement Pension | $17,400.00 |
| 3. | 01/2016 | California State Judges Retirement | $91,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/2016 | Los Angeles Unified School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 04/10/2016 to 04/12/2016 | Washington, D.C. | Federal Circuit Judicial Conference and Patent Law Seminar | transportation, lodging, food, registration fee |
| 2. | Administrative Office of the U.S. Courts | 04/14/2016 to 04/17/2016 | Ojai, California | Central District of California Judges' Retreat and Conference | transportation, lodging, food, registration fee |
| 3. | Department of Justice, Office of Legal Education | 05/08/2016 to 05/11/2016 | Columbia, South Carolina | Basic Criminal Trial Advocacy Seminar | transportation, lodging, food |
| 4. | Federal Circuit Bar Association | 06/21/2016 to 06/25/2016 | Nashville, Tennessee | Federal Circuit Bar Association Bench and Bar Conference | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/12/2017 |

| 5. | Administrative Office of the U.S. Courts | 07/10/2016 to 07/16/2016 | Big Sky, Montana | Ninth Circuit Judicial Conference | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Los Angeles IP Inn of Court | Membership | $850.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage (investment property) | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Aviva Life Insurance Strategy Select | A | Dividend | K | T | | | | | |
| 2. | Great American Life Insurance | A | Dividend | K | T | | | | | |
| 3. | Ford Motor (X "common" brokerage acct. #2) | A | Dividend | J | T | | | | | |
| 4. | Chase Bank Account Joint | A | Interest | J | T | | | | | |
| 5. | L.A. Federal Credit Union Accounts | A | Interest | M | T | | | | | |
| 6. | California Credit Union | A | Interest | J | T | | | | | |
| 7. | OPG LLC Edgecliff Real Property (Los Angeles, CA) X | E | Rent | O | R | | | | | |
| 8. | OPG Holdings LLC Lafayette Real Property (Los Angeles, CA) X | E | Rent | O | R | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. REIMBURSEMENTS (continued)
6. Department of Justice, Office of Legal Education -- 10/27/2016 to 10/28/2016 -- San Diego, California -- Basic Criminal Trial Advocacy Seminar -- transportation, lodging, food

PART VII. INVESTMENTS AND TRUSTS (explanation)
Items 7 and 8: On 10/19/16, _____ and I formed two LLCs, OPG LLC and OPG Holdings LLC. OPG LLC holds real property located on _____ in Los Angeles, California. OPG Holdings LLC holds real property located on _____ in Los Angeles, California. _____ ife and I are the managers and beneficial owners of the LLCs.

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel J. Otero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544